IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| PATRICIA RIGSBY | § |
| | |
| VS. | §   CIVIL ACTION NO. 9:07cv152 |
| | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition.  No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS** that Defendant's motion to remand (dkt#11) is **GRANTED**;

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **REVERSED** and **REMANDED** for further consideration; and

**ORDERS** that all motions not previously ruled on are denied.

So **ORDERED** and **SIGNED** this **4**  day of **April, 2008.**

_____
Ron Clark, United States District Judge